UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

DEBRA MAYER,

        Plaintiff,

-against-

MONARCH RECOVERY MANAGEMENT, INC.,

        Defendant.

Case No.: 1:11-cv-00404-WMS-HBS

**STIPULATION TO DISMISS**

## STIPULATION TO DISMISS CASE WITH PREJUDICE

Plaintiff, DEBRA MAYER, and Defendant, MONARCH RECOVERY MANAGEMENT, INC., through their respective counsel, stipulate to dismiss the above-captioned action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with prejudice, each side to bear their own fees and costs.

DATED:  January 16, 2012        RESPECTFULLY SUBMITTED,

        KROHN & MOSS, LTD.

By: /s/ Adam Hill

Adam Hill
Krohn & Moss, Ltd
10 N. Dearborn St. 3rd Floor
Chicago, IL 60602
Tel: (323) 988-2400
Fax: (866) 861-1390
Email: ahill@consumerlawcenter.com
Attorney for Plaintiff

1

2

DATED:  January 16, 2012						RESPECTFULLY SUBMITTED,

							FELDMAN KIEFFER, LLP

						By:   /s/ Stephen Sorrels
							Stephen M Sorrels
							Felldman Kieffer, LLP
							110 Pearl Street
							Suite 400
							Buffalo NY 14202
							Tel: 716-852-5875
							ssorrels@fkhattys.com
							Attorney for Defendant

## PROOF OF SERVICE

I am employed in the County of Cook, State of Illinois.  I am over the age of 18 and not a party in this action.  My business Address is 10 N. Dearborn St, 3rd Floor, Chicago, IL 60602.

On January 16, 2012, I served the following documents:  **STIPULATION TO DISMISS CASE WITH PREJUDICE**

On the parties listed below:

| | |
|---|---|
| Stephen M Sorrels<br>Felldman Kieffer, LLP<br>110 Pearl Street<br>Suite 400<br>Buffalo NY 14202 | Attorneys for Defendant,<br>MONARCH RECOVERY MANAGEMENT, INC. |

By the following means of service:

[X]  **BY ELECTRONIC SERVICE:** the documents above were delivered electronically through the Court's ECF/PACER electronic filing system, as stipulated by all parties to constitute personal service.

[ ]  **BY ELECTRONIC MAIL:** I transmitted the document(s) listed above electronically to the e-mail addresses listed above.  I am readily familiar with the firm's Microsoft Outlook e-mail system, and the transmission was reported as complete, without error.

[X]  **BY MAIL:** I deposited such envelope in the mail at Los Angeles, California.  The envelope was mailed with postage thereon fully prepaid.  I am readily familiar with the firm's practice for collection and processing correspondence for mailing.  Under that practice, this document will be deposited with the U.S. Postal Service on this date with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X]  **FEDERAL:** I declare under penalty of perjury under the laws of California that the above is true and correct.

Executed on January 16, 2012, at Chicago, Illinois.

By: /s/ Adam Hill

Adam Hill